# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through his Guardian ad Litem Lauren Claire Reinhardt,<br><br>Plaintiff,<br><br>vs.<br><br>Manhattan Beach Nursery School, Inc.; and Does 1-10,<br><br>Defendants. | Case No.: CV 16-6662-DMG (PLAx)<br><br>**Judgment pursuant to Fed. R. Civ. P. Rule 68 [29]** |

On April 19, 2017, Defendant mailed an Offer of Judgment pursuant to Federal Rules of Civil Procedure, Rule 68 to Plaintiff's counsel. On May 2, 2017, Plaintiff filed "Plaintiff's Acceptance of Defendant's Offer of Judgment." Based on the foregoing,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff shall have judgment against Defendant Manhattan Beach Nursery School, Inc., in the total amount of Twenty-Thousand Dollars ($20,000) in settlement of all of Plaintiff's monetary claims, including attorneys' fees, costs, and expenses;

2. Defendant shall develop and adopt a non-discrimination policy that includes disability, and train the staff on this policy and disability sensitivity generally; and

3. Defendant will complete the physical modifications set forth in its Response to Plaintiff's Statement of the Case dated January 1, 2017 [Doc. # 19].

This Judgment is contingent on the Court's approval of minor's compromise. Plaintiff shall file a Petition for Approval of Minor's Compromise within thirty (30) days from the date of this Order. The scheduling conference on May 26, 2017 is VACATED.

IT IS SOORDERED.

DATED: May 9, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE